UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EQUAL ACCESS FOR ALL, INC.,
et al.,

    Plaintiffs,

v.                                      CASE NO: 8:04-cv-2665-T-23MAP

JEM REAL ESTATE MANAGEMENT,
INC.,

    Defendants.
_____/

## **ORDER**

The parties stipulate (Doc. 12) to dismissal with prejudice.[1]  Rule 41(a), Federal Rules of Civil Procedure.  The stipulation (Doc. 12) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.  The Clerk is directed to (1) terminate any pending motions and (2) close the file.

ORDERED in Tampa, Florida, on April 19, 2005.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy

---

[1] I normally recuse myself from cases involving Glenn, Rasmussen, Fogarty & Hooker, P.A., my former firm.  However, because this is the first instance requiring any action by the court in this case and because the parties' stipulation requires no adjudication by the court, I have entered this order on a stipulation.  See Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.